# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re: §
§
KOHN, ANGELA D § Case No. 13-22567
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
    . The undersigned trustee was appointed on            .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

    Funds were disbursed in the following amounts:

    Payments made under an interim disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]                    $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $\_\_\_\_\_ as interim compensation and now requests a sum of $\_\_\_\_\_, for a total compensation of $\_\_\_\_\_[2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $\_\_\_\_, and now requests reimbursement for expenses of $\_\_\_\_, for total expenses of $\_\_\_\_[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/Peter N. Metrou, Trustee_____
                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| Case No: | 13-22567 BWB | Judge: BRUCE W. BLACK | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: | KOHN, ANGELA D | | Date Filed (f) or Converted (c): | 05/31/13 (f) |
| | | | 341(a) Meeting Date: | 06/24/13 |
| For Period Ending: | 06/12/14 | | Claims Bar Date: | 02/03/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real estate located at 854 Preston Ln, Oswego IL 6 | 291,821.00 | 0.00 | | 0.00 | FA |
| 2. 6537 Highway 27, Utica, MS 39175 | 16,470.00 | 0.00 | | 6,000.00 | FA |
| 3. Checking account with Chase Bank | 75.00 | 0.00 | | 0.00 | FA |
| 4. Savings account with Citizens | 500.00 | 0.00 | | 0.00 | FA |
| 5. Miscellaneous used household goods | 1,250.00 | 0.00 | | 0.00 | FA |
| 6. Miscellaneous books, tapes, CD's, etc. | 75.00 | 0.00 | | 0.00 | FA |
| 7. Personal used clothing | 550.00 | 0.00 | | 0.00 | FA |
| 8. Miscellaneous costume jewelry | 135.00 | 0.00 | | 0.00 | FA |
| 9. Employer - Term Life Insurance - no cash surrender | 0.00 | 0.00 | | 0.00 | FA |
| 10. 401(k) through employer - 100% exempt | 1,500.00 | 0.00 | | 0.00 | FA |
| 11. Worker's Compensation Mark Maritote 107 Third St. | Unknown | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $312,376.00 | $0.00 | | $6,000.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Compromise of interest in real estate located in Utica, MS; funds rec'd; claims bar 2-3-14.

Initial Projected Date of Final Report (TFR): 03/31/14    Current Projected Date of Final Report (TFR): 03/31/14

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 13-22567 -BWB | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | KOHN, ANGELA D | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******4945  Checking Account |
| Taxpayer ID No: | *******8435 | | |
| For Period Ending: | 06/12/14 | Blanket Bond (per case limit): | $ 71,065,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/25/14 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 5,964.57 | | 5,964.57 |
| 04/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,954.57 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 5,964.57 | 10.00 | 5,954.57 |
| Less:  Bank Transfers/CD's | 5,964.57 | 0.00 | |
| Subtotal | 0.00 | 10.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 10.00 | |

Page Subtotals   5,964.57   10.00

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

LFORM24

Ver: 18.00

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit B

| Case No: | 13-22567 -BWB | | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|
| Case Name: | KOHN, ANGELA D | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******0317 Checking Account |
| Taxpayer ID No: | *******8435 | | | |
| For Period Ending: | 06/12/14 | | Blanket Bond (per case limit): | $ 71,065,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/21/13 | 2 | ANGELA D KOHN<br>854 PRESTON LN<br>OSWEGO, IL 60543 | MI RE | 1110-000 | 3,000.00 | | 3,000.00 |
| 01/16/14 | 2 | ANGELA D KOHN<br>854 PRESTON LN<br>OSWEGO, IL 60543 | MI RE | 1110-000 | 3,000.00 | | 6,000.00 |
| 02/06/14 | 001001 | INTERNATIONAL SURETIES, LTD<br>SUITE 420<br>701 POYDRAS ST.<br>NEW ORLEANS, LA 70139 | BOND PREMIUM 016026455 | 2300-000 | | 5.43 | 5,994.57 |
| 02/06/14 | | CONGRESSIONAL BANK | BANK SERVICE FEES | 2600-000 | | 10.00 | 5,984.57 |
| 03/05/14 | | CONGRESSIONAL BANK | BANK SERVICE FEES | 2600-000 | | 10.00 | 5,974.57 |
| 03/06/14 | | CONGRESSIONAL BANK | BANK SERVICE FEES | 2600-000 | | 10.00 | 5,964.57 |
| 03/25/14 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 5,964.57 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 6,000.00 | 6,000.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 5,964.57 | |
| Subtotal | 6,000.00 | 35.43 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 6,000.00 | 35.43 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********4945 | 0.00 | 10.00 | 5,954.57 |
| Checking Account - ********0317 | 6,000.00 | 35.43 | 0.00 |
| | 6,000.00 | 45.43 | 5,954.57 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     6,000.00     6,000.00

UST Form 101-7-TFR (5/1/2011) (Page: 5)

Ver: 18.00

LFORM24

**FORM 2**

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 13-22567 -BWB |
| Case Name: | KOHN, ANGELA D |
| Taxpayer ID No: | *******8435 |
| For Period Ending: | 06/12/14 |

| | |
|---|---|
| Trustee Name: | Peter N. Metrou, Trustee |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******0317  Checking Account |
| Blanket Bond (per case limit): | $ 71,065,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Checking Account - ********4945 | | | | |
| | | | Checking Account - ********0317 | | | | |

| | | | | | Page Subtotals | 0.00 | 0.00 |
|---|---|---|---|---|---|---|---|

ANALYSIS OF CLAIMS REGISTER
EX C

CASE NO:            13-22567-BWB
CASE NAME:          KOHN, ANGELA D
CLAIMS BAR DATE:    02/03/14
CLAIMS REVIEWED BY: Peter N. Metrou, Trustee

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| | Peter N. Metrou, Trustee<br>123 W. Washington Street<br>Suite 216<br>Oswego, IL  60543 | Administrative | | 0.00 | 1,350.00 | 1,350.00 |
| | Peter N. Metrou, Trustee<br>123 W. Washington Street<br>Suite 216<br>Oswego, IL  60543 | Administrative | | 0.00 | 51.04 | 51.04 |
| | Subtotal for Class Administrative | | | 0.00 | 1,401.04 | 1,401.04 |
| 000001<br>050<br>4210-00<br>Personal<br>Prop &<br>Intang -<br>Consensual | American Honda Finance Corporation<br>National Bankruptcy Center<br>P.O. Box 168088<br>Irving, TX 75016-8088<br>866-716-6441 | Secured | Claim withdrawn 4-21-14 | 0.00 | 26,713.28 | 26,713.28 |
| | Subtotal for Class Secured | | | 0.00 | 26,713.28 | 26,713.28 |
| 000002<br>070<br>7100-00<br>General<br>Unsecured<br>726(a)(2) | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | 5,708.00 | 5,708.32 | 5,708.32 |
| 000003<br>070<br>7100-00<br>General<br>Unsecured<br>726(a)(2) | Quantum3 Group LLC as agent for Quantum3 Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | (3-1) Unsecured Debt | 5,426.00 | 5,433.31 | 5,433.31 |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000004 070 7100-00 General Unsecured 726(a)(2) | American Honda Finance Corporation National Bankruptcy Center P.O. Box 168088 Irving, TX 75016-8088 866-716-6441 | Unsecured | (4-1) Lease Deficiency | 3,177.00 | 3,177.98 | 3,177.98 |
| 000005 070 7100-00 General Unsecured 726(a)(2) | Sallie Mae c/o Sallie Mae, Inc. 220 Lasley Ave. Wilkes-Barre, PA 18706 | Unsecured | | 24,107.00 | 24,726.08 | 24,726.08 |
| 000006 070 7100-00 General Unsecured 726(a)(2) | Portfolio Recovery Associates, LLC POB 41067 Norfolk, VA 23541 | Unsecured | | 3,607.00 | 3,607.21 | 3,607.21 |
| | | | Subtotal for Class Unsecured | 42,025.00 | 42,652.90 | 42,652.90 |
| | | | Case Totals: | 42,025.00 | 70,767.22 | 70,767.22 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-22567  
Case Name: KOHN, ANGELA D  
Trustee Name: Peter N. Metrou, Trustee  

Balance on hand $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000001 | American Honda Finance Corporation | $ | $ | $ | $ |

Total to be paid to secured creditors $_____

Remaining Balance $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou, Trustee | $ | $ | $ |
| Trustee Expenses: Peter N. Metrou, Trustee | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses $_____

Remaining Balance $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $           have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Discover Bank | $ | $ | $ |
| 000003 | Quantum3 Group LLC as agent for | $ | $ | $ |
| 000004 | American Honda Finance Corporation | $ | $ | $ |
| 000005 | Sallie Mae | $ | $ | $ |
| 000006 | Portfolio Recovery Associates, LLC | $ | $ | $ |

Total to be paid to timely general unsecured creditors        $_____

Remaining Balance                                            $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE