# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:                                §
                                      §
KOHN, ANGELA D                        §         Case No. 13-22567
                                      §
         Debtor(s)                    §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Peter N. Metrou, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

        CLERK OF THE COURT
        219 South Dearborn
        Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 07/25/2014 in Courtroom ,

        Joliet City Hall
        150 West Jefferson, 2nd Floor
        Joliet, IL 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/17/2014                    By: CLERK OF THE COURT


*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
KOHN, ANGELA D § Case No. 13-22567
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 6,000.00 |
| and approved disbursements of | $ | 45.43 |
| leaving a balance on hand of[1] | $ | 5,954.57 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| 000001 | American Honda Finance Corporation | $ 26,713.28 | $ 26,713.28 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---:|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 5,954.57 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Peter N. Metrou, Trustee | $ 1,350.00 | $ 0.00 | $ 1,350.00 |
| Trustee Expenses: Peter N. Metrou, Trustee | $ 51.04 | $ 0.00 | $ 51.04 |

| | | |
|---|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ | 1,401.04 |
| Remaining Balance | $ | 4,553.53 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 42,652.90 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Discover Bank | $ 5,708.32 | $ 0.00 | $ 609.41 |
| 000003 | Quantum3 Group LLC as agent for | $ 5,433.31 | $ 0.00 | $ 580.05 |
| 000004 | American Honda Finance Corporation | $ 3,177.98 | $ 0.00 | $ 339.27 |
| 000005 | Sallie Mae | $ 24,726.08 | $ 0.00 | $ 2,639.70 |
| 000006 | Portfolio Recovery Associates, LLC | $ 3,607.21 | $ 0.00 | $ 385.10 |

Total to be paid to timely general unsecured creditors       $       4,553.53

Remaining Balance       $       0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Peter N. Metrou
Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 13-22567-BWB
Angela D Kohn                                                           Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1         User: ccabrales          Page 1 of 2                  Date Rcvd: Jun 17, 2014
                             Form ID: pdf006          Total Noticed: 51

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2014.
```
db          +Angela D Kohn,    854 Preston Ln,    Oswego, IL 60543-2003
20546695    +Advocate Medical Group,    701 Lee St.,    Des Plaines, IL 60016-4539
20546696    +American Express,    American Express Special Research,    Po Box 981540,    El Paso, TX 79998-1540
20546699   ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank Of America,    Po Box 982235,    El Paso, TX 79998)
20546706   ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court: Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20507,
             Kansas City, MO 64195)
20546701    +Caruso Management Group,    c/o Keay & Costello PC,    128 South County Farm Rd,
             Wheaton, IL 60187-2400
20546702    +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
20546703    +Chase,   Attn: Bankruptcy Dept,    Po Box 15298,    Wilmington, DE 19850-5298
20546704    +Chase,   Po Box 7013,    Indianapolis, IN 46207-7013
20546705    +Chase Mht Bk,    Attention: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850-5298
20546707    +Day Knight & Associates,    PO Box 5,    Grover, MO 63040-0005
20546708     Dell Financial Services,    12334 N. 1H 35,    Austin, TX 78753
20546710    +Dr. Green,    532 West 5th Ave.,    Naperville, IL 60563-2901
20546712    +Freedman Anselmo Lindberg & Rappe,    PO Box 3228,    Naperville, IL 60566-3228
20546714    +Green T Lawncare,    1600 Mountain St.,    Aurora, IL 60505-2447
20546718   ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
             (address filed with court: Hsbc/carsn,    Po Box 15524,    Wilmington, DE 19850)
20546716    +Hilco Receivables/Equable Ascent Financi,    Attn: Bankruptcy,    1120 Lake Cook Road Suite B,
             Buffalo Grove, IL 60089-1970
20546717    +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
20546719    +Il Designate,    Isac/Attn: Bankruptcy Department,    1755 Lake Cook Rd,    Deerfield, IL 60015-5215
20546720    +Med Busi Bur,    1460 Renaissance Dr,    Park Ridge, IL 60068-1349
20546721     Midwest Center for Advance Imaging,    4355 Montgomery,    Naperville, IL 60564
20546722    +Naperville Dental Specialist,    55 South Main St.,    Suite 241,    Naperville, IL 60540-5377
20546724    +New York Community Ban,    1801 E 9th St,    Cleveland, OH 44114-3103
21405113   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541)
20546725    #+Pathology Assoc of Aurora, LLC,    5620 Southwyck Blvd,    Toledo, OH 43614-1501
20546726     Rush Copely Medical Group,    PO Box 2091,    Summit Argo, IL 60501
20546729    +Stellar Recovery Inc,    1327 Us Highway 2 W,    Kalispell, MT 59901-3413
20546732   ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
             (address filed with court: Toyota Motor Credit Co,    Toyota Financial Services,    Po Box 8026,
             Cedar Rapids, IA 52408)
20546733    +Tru Green,    28557 N. Ballard Drive,    Lake Forest, IL 60045-4512
20546736   ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
             ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
             (address filed with court: Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,    Frederick, MD 21701)
20546734    +Wach Ed Fin,    Wells Fargo Education Finance Services,    Po Box 5185,
             Sioux Falls, SD 57117-5185
20546735    +Wells Fargo,    Attention: Bankruptcy MAC# X2303-01A,    Po Box 41169,    Des Moines, IA 50328-0001
20546737    +Wells Fargo Hm Mortgag,    Po Box 10335,    Des Moines, IA 50306-0335
20546738    +Wfnnb/value City Furn,    Attn: Bankruptcy,    Po Box 182685,    Columbus, OH 43218-2685
20546739    +Wheatland Dental,    5060 Acre Lane,    Suite 100,    Naperville, IL 60564-8171
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20546694     E-mail/Text: ebnbankruptcy@ahm.honda.com Jun 18 2014 00:14:55      Acura Financial,    PO Box 5308,
             Elgin, IL 60121
20546698     E-mail/Text: ebnbankruptcy@ahm.honda.com Jun 18 2014 00:14:55      American Honda Finance,
             Attn: Bankruptcy,    3625 West Royal Lane Suite 200,    Irving, TX 75063
20546697     E-mail/Text: ebnbankruptcy@ahm.honda.com Jun 18 2014 00:14:55      American Honda Finance,
             Po Box 168088,    Irving, TX 75016
20951514     E-mail/Text: ebnbankruptcy@ahm.honda.com Jun 18 2014 00:14:55
             American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
             Irving, TX 75016-8088,    866-716-6441
20546700    +E-mail/Text: banko@berkscredit.com Jun 18 2014 00:14:34       Berks Credit & Coll,
             900 Corporate Dr,    Reading, PA 19605-3340
21194029     E-mail/PDF: mrdiscen@discoverfinancial.com Jun 18 2014 00:22:37       Discover Bank,
             DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
20546709    +E-mail/PDF: mrdiscen@discoverfinancial.com Jun 18 2014 00:22:37       Discover Fin Svcs Llc,
             Pob 15316,    Wilmington, DE 19850-5316
20546711    +E-mail/Text: bknotice@bhlmlaw.com Jun 18 2014 00:14:42       Equable Ascent Financial,
             c/o Blatt, Hasenmille, Leibsker,    211 Landmark Dr., Ste C-1,    Normal, IL 61761-2160
20546713    +E-mail/PDF: gecsedi@recoverycorp.com Jun 18 2014 00:16:37       Gemb/JC Penny,
             Attention: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
20717941     E-mail/Text: cio.bncmail@irs.gov Jun 18 2014 00:14:33      Internal Revenue Service,
             230 S. Dearborn St.,    Chicago, IL 60604
20546723    +E-mail/Text: electronicbkydocs@nelnet.net Jun 18 2014 00:14:51       Nelnet,    Attn: Claims,
             Po Box 17460,    Denver, CO 80217-0460
```

```
District/off: 0752-1          User: ccabrales              Page 2 of 2                  Date Rcvd: Jun 17, 2014
                              Form ID: pdf006              Total Noticed: 51

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
21195354        E-mail/Text: bnc-quantum@quantum3group.com Jun 18 2014 00:14:41
                 Quantum3 Group LLC as agent for,   Quantum3 Funding LLC,   PO Box 788,
                 Kirkland, WA 98083-0788
21354596       +E-mail/PDF: pa_dc_claims@navient.com Jun 18 2014 00:17:06      Sallie Mae,   c/o Sallie Mae, Inc.,
                 220 Lasley Ave.,   Wilkes-Barre, PA 18706-1496
20546727       +E-mail/PDF: pa_dc_claims@navient.com Jun 18 2014 00:16:38      Sallie Mae,
                 Attn: Claims Department,   Po Box 9500,   Wilkes-Barre, PA 18773-9500
20546728       +E-mail/PDF: pa_dc_claims@navient.com Jun 18 2014 00:16:37      Slfc/Sallie Mae,   Attn: Bankruptcy,
                 Po Box 9500,   Wilkes-Barre, PA 18773-9500
20546730       +E-mail/PDF: pa_dc_litigation@navient.com Jun 18 2014 00:17:06
                 Student Loan Mkt Assn/Sallie Mae,   Attention: Bankruptcy Litigation Unit,   E3149, Po Box 9430,
                 Wilkes-Barre, PA 18773-9430
                                                                                              TOTAL: 16

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20546715    ##+Guardian Anesthesia Associates,   185 Penny Ave.,   Dundee, IL 60118-1455
20546731    ##+Tee Time Lawncare,   24119 W. Riverwalk Ct.,   Unit 137,   Plainfield, IL 60544-8107
                                                                            TOTALS: 0, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2014                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 17, 2014 at the address(es) listed below:
              Joseph R Doyle    on behalf of Debtor Angela D Kohn joe@bizardoylelaw.com,
               jim@bizardoylelaw.com;nicole@bizardoylelaw.com;craig@bizardoylelaw.com
              Nisha B Parikh    on behalf of Creditor    Wells Fargo Bank, N.A. nparikh@fal-illinois.com,
               bankruptcy@fal-illinois.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Peter N Metrou    on behalf of Trustee Peter N Metrou met.trustee7@att.net,
               met.trustee_backup@att.net,pnmlawyer@aol.com,pmetrou@ecf.epiqsystems.com
              Peter N Metrou    met.trustee7@att.net,   met.trustee_backup@att.net,pnmlawyer@aol.com,
               pmetrou@ecf.epiqsystems.com
                                                                                             TOTAL: 5
```