UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
 §
 §
KOHN, ANGELA D § Case No. 13-22567
 §
 §
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

　　　　Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　　1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

　　　　3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/Peter N. Metrou, Trustee_____
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Freedman Anselmo Lindberg & Rappe PO Box 3228 Naperville, IL 60566 |  |  |  |  |  |
|  | Wells Fargo Hm Mortgag Po Box 10335 Des Moines, IA 50306 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | AMERICAN HONDA FINANCE CORPORATION | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PETER N METROU | | | | | |
| PETER N METROU | | | | | |
| INTERNATIONAL SURETIES, LTD | | | | | |
| Associated Bank | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advocate Medical Group 701 Lee St. Des Plaines, IL 60016 | | | | | |
| | American Express American Express Special Research Po Box 981540 El Paso, TX 79998 | | | | | |
| | American Express American Express Special Research Po Box 981540 El Paso, TX 79998 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Honda Finance Po Box 168088 Irving, TX 75016 | | | | | |
| | Bank Of America Po Box 982235 El Paso, TX 79998 | | | | | |
| | Berks Credit & Coll 900 Corporate Dr Reading, PA 19605 | | | | | |
| | Caruso Management Group c/o Keay & Costello PC 128 South County Farm Rd Wheaton, IL 60187 | | | | | |
| | Chase Attn: Bankruptcy Dept Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Mht Bk Attention: Bankruptcy Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Po Box 7013 Indianapolis, IN 46207 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citibank Sd, Na Attn: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| | Citibank Sd, Na Attn: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| | Day Knight & Associates PO Box 5 Grover, MO 63040 | | | | | |
| | Dell Financial Services 12334 N. 1H 35 Austin, TX 78753 | | | | | |
| | Dr. Green 532 West 5th Ave. Naperville, IL 60563 | | | | | |
| | Equable Ascent Financial c/o Blatt, Hasenmille, Leibsker 211 Landmark Dr., Ste C-1 Normal, IL 61761 | | | | | |
| | Gemb/JC Penny Attention: Bankruptcy Po Box 103104 Roswell, GA 30076 | | | | | |
| | Green T Lawncare 1600 Mountain St. Aurora, IL 60505 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Guardian Anesthesia Associates 185 Penny Ave. Dundee, IL 60118 | | | | | |
| | Hilco Receivables/Equable Ascent Financi Attn: Bankruptcy 1120 Lake Cook Road Suite B Buffalo Grove, IL 60089 | | | | | |
| | Hsbc Bank Po Box 5253 Carol Stream, IL 60197 | | | | | |
| | Il Designate Isac/Attn: Bankruptcy Department 1755 Lake Cook Rd Deerfield, IL 60015 | | | | | |
| | Il Designate Isac/Attn: Bankruptcy Department 1755 Lake Cook Rd Deerfield, IL 60015 | | | | | |
| | Il Designate Isac/Attn: Bankruptcy Department 1755 Lake Cook Rd Deerfield, IL 60015 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Il Designate Isac/Attn: Bankruptcy Department 1755 Lake Cook Rd Deerfield, IL 60015 | | | | | |
| | Il Designate Isac/Attn: Bankruptcy Department 1755 Lake Cook Rd Deerfield, IL 60015 | | | | | |
| | Il Designate Isac/Attn: Bankruptcy Department 1755 Lake Cook Rd Deerfield, IL 60015 | | | | | |
| | Il Designate Isac/Attn: Bankruptcy Department 1755 Lake Cook Rd Deerfield, IL 60015 | | | | | |
| | Il Designate Isac/Attn: Bankruptcy Department 1755 Lake Cook Rd Deerfield, IL 60015 | | | | | |
| | Med Busi Bur 1460 Renaissance Dr Park Ridge, IL 60068 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Midwest Center for Advance Imaging 4355 Montgomery Naperville, IL 60564 | | | | | |
| | Naperville Dental Specialist 55 South Main St. Suite 241 Naperville, IL 60540 | | | | | |
| | Nelnet Attn: Claims Po Box 17460 Denver, CO 80217 | | | | | |
| | Nelnet Attn: Claims Po Box 17460 Denver, CO 80217 | | | | | |
| | New York Community Ban 1801 E 9th St Cleveland, OH 44114 | | | | | |
| | Pathology Assoc of Aurora, LLC 5620 Southwyck Blvd Toledo, OH 43614 | | | | | |
| | Rush Copely Medical Group PO Box 2091 Summit Argo, IL 60501 | | | | | |
| | Sallie Mae Attn: Claims Department Po Box 9500 Wilkes-Barre, PA 18773 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sallie Mae Attn: Claims Department Po Box 9500 Wilkes-Barre, PA 18773 | | | | | |
| | Sallie Mae Attn: Claims Department Po Box 9500 Wilkes-Barre, PA 18773 | | | | | |
| | Slfc/Sallie Mae Attn: Bankruptcy Po Box 9500 Wilkes-Barre, PA 18773 | | | | | |
| | Slfc/Sallie Mae Attn: Bankruptcy Po Box 9500 Wilkes-Barre, PA 18773 | | | | | |
| | Slfc/Sallie Mae Attn: Bankruptcy Po Box 9500 Wilkes-Barre, PA 18773 | | | | | |
| | Stellar Recovery Inc 1327 Us Highway 2 W Kalispell, MT 59901 | | | | | |
| | Student Loan Mkt Assn/Sallie Mae Attention: Bankruptcy Litigation Unit E3149, Po Box 9430 Wilkes-Barre, PA 18773 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Student Loan Mkt Assn/Sallie Mae Attention: Bankruptcy Litigation Unit E3149, Po Box 9430 Wilkes-Barre, PA 18773 | | | | | |
| | Student Loan Mkt Assn/Sallie Mae Attention: Bankruptcy Litigation Unit E3149, Po Box 9430 Wilkes-Barre, PA 18773 | | | | | |
| | Student Loan Mkt Assn/Sallie Mae Attention: Bankruptcy Litigation Unit E3149, Po Box 9430 Wilkes-Barre, PA 18773 | | | | | |
| | Student Loan Mkt Assn/Sallie Mae Attention: Bankruptcy Litigation Unit E3149, Po Box 9430 Wilkes-Barre, PA 18773 | | | | | |
| | Tee Time Lawncare 24119 W. Riverwalk Ct. Unit 137 Plainfield, IL 60544 | | | | | |
| | Toyota Motor Credit Co Toyota Financial Services Po Box 8026 Cedar Rapids, IA 52408 | | | | | |
| | Tru Green 28557 N. Ballard Drive Lake Forest, IL 60045 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wach Ed Fin Wells Fargo Education Finance Services Po Box 5185 Sioux Falls, SD 57117 | | | | | |
| | Wells Fargo Attention: Bankruptcy MAC# X2303-01A Po Box 41169 Des Moines, IA 50328 | | | | | |
| | Wells Fargo Hm Mortgag 8480 Stagecoach Cir Frederick, MD 21701 | | | | | |
| | Wheatland Dental 5060 Acre Lane Suite 100 Naperville, IL 60564 | | | | | |
| 000004 | AMERICAN HONDA FINANCE CORPORATION | | | | | |
| 000002 | DISCOVER BANK | | | | | |
| 000006 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| 000003 | QUANTUM3 GROUP LLC AS AGENT FOR | | | | | |
| 000005 | SALLIE MAE | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 13-22567  BWB  Judge: BRUCE W. BLACK | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | KOHN, ANGELA D | Date Filed (f) or Converted (c): | 05/31/13 (f) |
| | | 341(a) Meeting Date: | 06/24/13 |
| For Period Ending: | 09/16/14 | Claims Bar Date: | 02/03/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real estate located at 854 Preston Ln, Oswego IL 6 | 291,821.00 | 0.00 | | 0.00 | FA |
| 2. 6537 Highway 27, Utica, MS 39175 | 16,470.00 | 0.00 | | 6,000.00 | FA |
| 3. Checking account with Chase Bank | 75.00 | 0.00 | | 0.00 | FA |
| 4. Savings account with Citizens | 500.00 | 0.00 | | 0.00 | FA |
| 5. Miscellaneous used household goods | 1,250.00 | 0.00 | | 0.00 | FA |
| 6. Miscellaneous books, tapes, CD's, etc. | 75.00 | 0.00 | | 0.00 | FA |
| 7. Personal used clothing | 550.00 | 0.00 | | 0.00 | FA |
| 8. Miscellaneous costume jewelry | 135.00 | 0.00 | | 0.00 | FA |
| 9. Employer - Term Life Insurance - no cash surrender | 0.00 | 0.00 | | 0.00 | FA |
| 10. 401(k) through employer - 100% exempt | 10,000.00 | 0.00 | | 0.00 | FA |
| 11. Worker's Compensation Mark Maritote 107 Third St. | Unknown | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $320,876.00   $0.00   $6,000.00   $0.00

(Total Dollar Amount in Column 6)

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Compromise of interest in real estate located in Utica, MS; funds rec'd; claims bar 2-3-14.

Initial Projected Date of Final Report (TFR): 03/31/14    Current Projected Date of Final Report (TFR): 03/31/14

LFORM1                                                                                                Ver: 18.00a

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-22567 -BWB | | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|
| Case Name: | KOHN, ANGELA D | | Bank Name: | Associated Bank |
| | | | Account Number / CD #: | *******4945  Checking Account |
| Taxpayer ID No: | *******8435 | | | |
| For Period Ending: | 09/16/14 | | Blanket Bond (per case limit): | $ 71,065,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/25/14 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 5,964.57 | | 5,964.57 |
| 04/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,954.57 |
| 07/29/14 | 005001 | PETER N METROU | Chapter 7 Compensation/Expense | | | 1,401.04 | 4,553.53 |
| | | 123 W. WASHINGTON STREET | | | | | |
| | | SUITE 216 | | | | | |
| | | OSWEGO, IL  60543 | | | | | |
| | | | Fees          1,350.00 | 2100-000 | | | |
| | | | Expenses          51.04 | 2200-000 | | | |
| 07/29/14 | 005002 | Discover Bank | Claim 000002, Payment 10.67582% | 7100-000 | | 609.41 | 3,944.12 |
| | | DB Servicing Corporation | | | | | |
| | | PO Box 3025 | | | | | |
| | | New Albany, OH 43054-3025 | | | | | |
| 07/29/14 | 005003 | Quantum3 Group LLC as agent for | Claim 000003, Payment 10.67581% | 7100-000 | | 580.05 | 3,364.07 |
| | | Quantum3 Funding LLC | | | | | |
| | | PO Box 788 | | | | | |
| | | Kirkland, WA 98083-0788 | | | | | |
| 07/29/14 | 005004 | American Honda Finance Corporation | Claim 000004, Payment 10.67565% | 7100-000 | | 339.27 | 3,024.80 |
| | | National Bankruptcy Center | | | | | |
| | | P.O. Box 168088 | | | | | |
| | | Irving, TX 75016-8088 | | | | | |
| | | 866-716-6441 | | | | | |
| 07/29/14 | 005005 | Sallie Mae | Claim 000005, Payment 10.67577% | 7100-000 | | 2,639.70 | 385.10 |
| | | c/o Sallie Mae, Inc. | | | | | |
| | | 220 Lasley Ave. | | | | | |
| | | Wilkes-Barre, PA 18706 | | | | | |
| 07/29/14 | 005006 | Portfolio Recovery Associates, LLC | Claim 000006, Payment 10.67584% | 7100-000 | | 385.10 | 0.00 |
| | | POB 41067 | | | | | |
| | | Norfolk, VA 23541 | | | | | |

Page Subtotals         5,964.57         5,964.57

Ver: 18.00a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 15)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-22567 -BWB | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | KOHN, ANGELA D | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******4945  Checking Account |
| Taxpayer ID No: | *******8435 | | |
| For Period Ending: | 09/16/14 | Blanket Bond (per case limit): | $ 71,065,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 5,964.57 | 5,964.57 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 5,964.57 | 0.00 | |
| | | | Subtotal | | 0.00 | 5,964.57 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 5,964.57 | |

Page Subtotals         0.00        0.00

Ver: 18.00a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 16)*

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 13-22567 -BWB |
| Case Name: | KOHN, ANGELA D |
| Taxpayer ID No: | *******8435 |
| For Period Ending: | 09/16/14 |

| | |
|---|---|
| Trustee Name: | Peter N. Metrou, Trustee |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******0317 Checking Account |
| Blanket Bond (per case limit): | $ 71,065,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/21/13 | 2 | ANGELA D KOHN<br>854 PRESTON LN<br>OSWEGO, IL 60543 | MI RE | 1110-000 | 3,000.00 | | 3,000.00 |
| 01/16/14 | 2 | ANGELA D KOHN<br>854 PRESTON LN<br>OSWEGO, IL 60543 | MI RE | 1110-000 | 3,000.00 | | 6,000.00 |
| 02/06/14 | 001001 | INTERNATIONAL SURETIES, LTD<br>SUITE 420<br>701 POYDRAS ST.<br>NEW ORLEANS, LA 70139 | BOND PREMIUM 016026455 | 2300-000 | | 5.43 | 5,994.57 |
| 02/06/14 | | CONGRESSIONAL BANK | BANK SERVICE FEES | 2600-000 | | 10.00 | 5,984.57 |
| 03/05/14 | | CONGRESSIONAL BANK | BANK SERVICE FEES | 2600-000 | | 10.00 | 5,974.57 |
| 03/06/14 | | CONGRESSIONAL BANK | BANK SERVICE FEES | 2600-000 | | 10.00 | 5,964.57 |
| 03/25/14 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 5,964.57 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 6,000.00 | 6,000.00 | 0.00 |
| Less: Bank Transfers/CD's | | 0.00 | 5,964.57 | |
| Subtotal | | 6,000.00 | 35.43 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 6,000.00 | 35.43 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********4945 | 0.00 | 5,964.57 | 0.00 |
| Checking Account - ********0317 | 6,000.00 | 35.43 | 0.00 |
| | 6,000.00 | 6,000.00 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    6,000.00    6,000.00

Ver: 18.00a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 17)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

Exhibit 9

| Case No: | 13-22567 -BWB | | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|
| Case Name: | KOHN, ANGELA D | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******0317  Checking Account |
| Taxpayer ID No: | *******8435 | | | |
| For Period Ending: | 09/16/14 | | Blanket Bond (per case limit): | $ 71,065,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Checking Account - ********4945 | | | | |
| | | | Checking Account - ********0317 | | | | |

|   |   |   | Page Subtotals | 0.00 | 0.00 |
|---|---|---|---|---|---|

Ver: 18.00a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 18)*